WILLIAMS and Others v. CONWELL.

APPEAL from the *Wayne* Common Pleas.

*Per Curiam.*—In this case no exception, in any form, appears to have been taken to the rulings of the lower

Court, nor was there any motion for a new trial or in arrest. And moreover, in looking into the record, we perceive no error.

The judgment is affirmed, with two per cent. damages and costs.

*W. S. Ballinger* and *D. M. Bradbury*, for the appellants. *J. B.* and *J. F. Julian*, for the appellee.